UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RONALD DERYKE, | Case No. 24-12857 |
| Plaintiff, | |
| v. | Jonathan J.C. Grey |
| | United States District Judge |
| CORIZON HEALTHCARE INC., *et al.*, | |
| | Curtis Ivy, Jr. |
| Defendants. | United States Magistrate Judge |
| _____/ | |

### ORDER FOR DEFENDANTS ROLAND AND POLAND TO ANSWER COMPLAINT AND TERMINATING "NANCY VINTON" FROM THE CAPTION

Counsel entered an appearance and filed a jury demand for Defendants Nancy Roland and Karina ("Karine") Poland on April 1, 2025. (ECF Nos. 35, 36). The Court, having reviewed Plaintiff's complaint, finds that Defendants may not waive filing a responsive pleading under 42 U.S.C. § 1997e(g). These Defendants are **ORDERED** to respond the complaint **within 21 days** of this Order.

In counsel's notice of appearance, counsel states that Defendants Nancy Roland and Nancy Vinton are the same person. (ECF No. 35). Since an appearance was entered for Roland instead of Vinton, it appears that Roland is her current last name. Thus, the Court **TERMINATES** Nancy Vinton from the case caption.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: April 2, 2025                             s/Curtis Ivy, Jr.
                                                Curtis Ivy, Jr.
                                                United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on April 2, 2025.

                                                s/Sara Krause
                                                Case Manager
                                                (810) 341-7850