# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RONALD DERYKE

      Plaintiff,                      Case No. 24-12857
                                         Hon. Jonathan J.C. Grey

v.

CORIZON HEALTH INC., ET AL.

      Defendants.

_____/

## OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 39)

Plaintiff Ronald DeRyke commenced this lawsuit against a number of defendants, including Tammie Gibson, Kim Coburn, and Joshua Wright, on October 29, 2024. (ECF No. 1.) On December 10, 2024, this Court assigned this matter to Magistrate Judge Curtis Ivy, Jr. for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 12.)

On January 2, 2025, Defendants Gibson, Coburn, and Wright moved for summary judgment. (ECF No. 18.) On April 18, 2025,

Magistrate Judge Ivy issued an R&R recommending that the Court grant the summary judgment motion. (ECF No. 39.) At the conclusion of his R&R, Magistrate Judge Ivy advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id.* at PageID.402.) He specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Ivy. The Court therefore adopts the R&R.

Accordingly, **IT IS ORDERED** that the Report and Recommendation dated April 18, 2025 (ECF No. 39) is **ADOPTED** as this Court's findings of fact and conclusions of law. **IT IS FURTHER ORDERED** that Gibson's, Coburn's, and Wright's motion for summary judgment (ECF No. 18) is **GRANTED**.

**SO ORDERED**.

Date: June 13, 2025

<u>s/Jonathan J.C. Grey</u>
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 13, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager
