**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RONALD DERYKE,

       Plaintiff,

v.

       Case No. 24-12857
       Hon. Jonathan J.C. Grey
       Magistrate Judge Curtis Ivy, Jr.

CORIZON HEALTH, INC., et al.,

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 71)

On October 29, 2024, pro se Plaintiff Ronald DeRyke filed this civil rights case pursuant to 42 U.S.C. § 1983 against Defendants Corizon Health, Inc., Wellpath, Grand Prairie Healthcare Services, Vital Core, and numerous healthcare professionals employed by the above providers and the Michigan Department of Corrections (collectively, the "defendants"). (ECF No. 1.) DeRyke sues the defendants in their individual and official capacities for: (1) retaliation in violation of the First Amendment; (2) cruel and unusual punishment in violation of the Eighth Amendment; (3) deliberate indifference in denying and/or delaying DeRyke's medical treatment; (4) enacting "unconstitutional

policy, practice, and custom of restricting/discouraging/disparaging, and denying any follow-up care as a cost-saving measure due to profit motive," constituting deliberate indifference to the constitutional rights of Michigan prisoners; (5) acting with deliberate indifference by denying follow-up care in violation of the Eighth Amendment; (6) causing mental and emotional distress; (7) violating state law by acting with gross negligence in denying and/or delaying medical treatment; and (8) intentional infliction of emotional distress. (*Id.* at PageID.23–24.) In response, the defendants filed numerous dispositive motions, including motions to dismiss and for summary judgment. (*See* ECF Nos. 31, 33, 41, 59, 61, 64.)

This matter now comes before the Court on Magistrate Judge Curtis Ivy's Report and Recommendation dated January 23, 2026. (ECF No. 71.) In the Report and Recommendation, Magistrate Judge Ivy recommends that the Court (1) dismiss the complaint for failure to prosecute and failure to comply with the Court's orders, and (2) deny all of the defendants' pending motions (ECF Nos. 31, 33, 41, 59, 61, 64) as moot. No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Ivy reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Ivy's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated January 23, 2026 (ECF No. 71) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Defendants Sara Gdowski, Trinh Le, Stacy Lindahl, Kalee Ross, and Vital Core (ECF No. 31) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion to dismiss, or alternatively for summary judgment based on exhaustion, filed by Defendant B. Stricklin (ECF No. 33) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion for summary judgment based on exhaustion filed by Defendants Nancy Roland and Karine Poland (ECF No. 41) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion for summary judgment based on exhaustion filed by Defendants Jessica Jones and Leslie Murray (ECF No. 59) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion to dismiss based on bankruptcy discharge filed by Defendant Wellpath (ECF No. 61) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion to dismiss, or alternatively for summary judgement, filed by Defendant Nigel Wyckoff (ECF No. 64) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated June 23, 2025 (ECF No. 65) is **MOOT** based on the Court's adoption of the January 23, 2026 Report and Recommendation.

**IT IS FURTHER ORDERED** that DeRyke's cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: February 24, 2026          **s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## <u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 24, 2026.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager